

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 16 2008

CLERK, U.S. DISTRICT COURT
By
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA  §
                          §
v.                        §      CRIMINAL NO. **5-08CR0032-C**
                          §
SHANE POWERS,
Also Known As Shaka Muhammad
Also Known As Kid-Loco
The Grand Jury Charges:

<u>Count One</u>
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about July 11, 2007, in the Lubbock Division of the Northern District of Texas,

and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco, defendant, did

knowingly deposit in an authorized depository for mail matter, to be sent and delivered by

the United States Postal Service, and did knowingly cause to be delivered by the Postal

Service according to the directions thereon, a written communication, postmarked July 11,

2007, and addressed to a United States District Court, to wit:

"United States District Court
200 N.W. 4th St. Rm. 1210
Okahoma (sic) City, OK 73102"

said communication containing a threat to injure the person of the addressee, that is, the

District Court of the Western District of Oklahoma and the individuals working in and for

the United States District Court, Western District of Oklahoma, Oklahoma City, Oklahoma.

A violation of Title 18, United States Code, Section 876(c).

Indictment - Page 1

Count Two
Threats Against The President
(Violation of 18 U.S.C. § 871)

On or about July 11, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a Kid-Loco ,

defendant, did knowingly, and willfully cause to be deposited in an authorized depository

for mail matter to be sent and delivered by the United States Postal Service, and did

knowingly cause to be delivered by the Postal Service according to the directions thereon,

a written communication containing a threat to take the life of the President of the United

States, received in the Office of the United States District Court, Western District of

Oklahoma, Oklahoma City  Division, on July 13, 2007, and addressed to:

"United States District Court
200 N.W. 4th St. Rm. 1210
Okahoma (sic) City, OK 73102"

A violation of Title 18, United States Code, Section 871.

**Indictment - Page2**

<u>Count Three</u>
Threat To Kill, Injure, Intimidate, or Damage or Destroy By Fire
(Violation of 18 U.S.C. § 844(e))

On or about July 11, 2007, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco, defendant, did, through the use of the mail, and in and affecting interstate commerce, willfully make a threat concerning an attempt, and alleged attempt being made, and to be made, to kill, injure and intimidate any individual, to wit: the District Court and individuals in the United States District Court for the Western  District of Oklahoma, Oklahoma City Division, and to unlawfully damage and destroy a building, to wit: the Oklahoma City Federal Building located at 200 Northwest 4th Street, Oklahoma City, Oklahoma 73102, by means of explosive device and fire.

A violation of Title 18, United States Code, Section 844(e).

<u>Count Four</u>
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about July 19, 2007, in the Lubbock Division of the Northern District of Texas, and

elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a Kid-Loco, defendant, did

knowingly deposit in an authorized depository for mail matter, to be sent and delivered by

the United States Postal Service, and did knowingly cause to be delivered by the Postal

Service according to the directions thereon, a written communication, postmarked July

19, 2007, and addressed to a United States District Judge, to wit:

> "Mary Lou Robertson (sic)
> U.S. District Judge
> 205 E. 5th St.
> Amarillo, TX  79101"

said communication containing a threat to injure the person of the addressee and of

another, to wit:  the Honorable Mary Lou Robinson, United States District Judge for the

Northern District of Texas, Amarillo Division and individuals in the J. Marvin Jones

Federal Building, located at 205 East 5th Street, Amarillo, Texas, 79101.

A violation of Title 18, United States Code, Section 876(c).

Indictment - Page 4

<u>Count Five</u>
Threats Against The President
(Violation of 18 U.S.C. § 871)

On or about July 19, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco,

defendant, did knowingly, and willfully cause to be deposited in an authorized depository

for mail matter to be sent and delivered by the United States Postal Service, and did

knowingly cause to be delivered by the Postal Service according to the directions thereon,

a written communication containing a threat to take the life of the President of the United

States, received in Mary Lou Robinson's Office, United States Judge, Northern District

of Texas, Amarillo Division  on or about July 20, 2007, and addressed to:

> "Mary Lou Robertson (sic)
> U.S. District Judge
> 205 E. 5th St.
> Amarillo, Texas 79101"

A violation of Title 18, United States Code, Section 871.

**Indictment - Page 5**

Count Six
### Threat To Kill, Injure, Intimidate, or Damage or Destroy By Fire
(Violation of 18 U.S.C. § 844(e))

On or about July 19, 2007, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco, defendant, did, through the use of the mail, and in and affecting interstate commerce, willfully make a threat concerning an attempt, and alleged attempt being made, and to be made, to kill, injure and intimidate any individual, to wit: United States District Judge Mary Lou Robinson and individuals in the United States District Court for the Northern District of Texas, Amarillo Division, and to unlawfully damage and destroy a building, to wit: the J. Marvin Jones Federal Building located at 205 East 5th Street, Amarillo, Texas  79101, by means of explosive device and fire.

A violation of Title 18, United States Code, Section 844(e).

<u>Count Seven</u>
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about July 19, 2007, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco defendant, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a written communication, postmarked July 19, 2007, and addressed to United States District Court, to wit:

"United States District Court
333 W. 4th. Street Rm. 411
Tulsa, OK  74103"

said communication containing a threat to injure the person of the addressee and of another, to wit: The District Court for the Northern District of Oklahoma and the individuals working in and for the United States District Court, Northern District of Oklahoma.

A violation of Title 18, United States Code, Section 876(c).

## Count Eight
### Threats Against The President
### (Violation of 18 U.S.C. § 871)

On or about July 19, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco,

defendant, did knowingly, and willfully cause to be deposited in an authorized depository

for mail matter to be sent and delivered by the United States Postal Service, and did

knowingly cause to be delivered by the Postal Service according to the directions thereon,

a written communication containing a threat to take the life of the President of the United

States, received in the United States District Court, Northern District of Oklahoma, on or

about July 23, 2007, and addressed to:

> "United States District Court
> 333 W. 4th. Street Rm. 411
> Tulsa, Ok  74103"

violation of Title 18, United States Code, Section 871.

<u>Count Nine</u>
Threat To Kill, Injure, Intimidate, or Damage or Destroy By Fire
(Violation of 18 U.S.C. § 844(e))

On or about July 19, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco,

defendant, did, through the use of the mail, and in and affecting interstate commerce,

willfully make a threat concerning an attempt, and alleged attempt being made, and to be

made, to kill, injure and intimidate any individual, to wit: The United States District Court

for the Northern District of Oklahoma and individuals in the United States District Court

for the Northern District of Oklahoma, Tulsa  Division, and to unlawfully damage and

destroy a building, to wit: the Page Belcher Federal Building located at 333 West 4th

Street, Room 411, Tulsa, Oklahoma  74103, by means of explosive device and fire.


A violation of Title 18, United States Code, Section 844(e).

**Indictment - Page 9**

Count Ten
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about July 19, 2007, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco, defendant, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a written communication, postmarked July 19, 2007, and addressed to a United States District Court, to wit:

> "U.S. District Court
> 225 Cadman Plaza East
> Brooklyn, NY 11201"

said communication containing a threat to injure the person of the addressee and of another to wit: The United States District Court for the Eastern District of New York, and the individuals working in and for the United States District Court for the Eastern District of New York.

A violation of Title 18, United States Code, Section 876(c).

<u>Count Eleven</u>
Threats Against The President
(Violation of 18 U.S.C. § 871)

On or about July 19, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco

defendant, did knowingly and willfully cause to be deposited in an authorized depository

for mail matter to be sent and delivered by the United States Postal Service, and did

knowingly cause to be delivered by the Postal Service according to the directions thereon,

a written communication containing a threat to take the life of the President of the United

States, received in United States District Court, Eastern District of New York, on or about

July 23, 2007, and addressed to:

> "U.S. District Court
> 225 Cadman Plaza East
> Brooklyn, NY 11201"

A violation of Title 18, United States Code, Section 871.

<u>Count Twelve</u>
Threat To Kill, Injure, Intimidate, or Damage or Destroy By Fire
(Violation of 18 U.S.C. § 844(e))

On or about July 19, 2007, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Shane Powers**, a.k.a. Shaka Muhammad, a.k.a. Kid-Loco,

defendant, did, through the use of the mail, and in and affecting interstate commerce,

willfully make a threat concerning an attempt, and alleged attempt being made, and to be

made, to kill, injure and intimidate any individual, to wit: The United States District Court

for the Eastern District of New York and the  individuals in the United States District

Court for the Eastern District of New York, and to unlawfully damage and destroy a

building, to wit: the Emanuel Celler Federal Building located at 225 Cadman Plaza East,

Brooklyn, New York 11201, by means of explosive device and fire.

A violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

*Henry K. Arnold*

FOREMAN

RICHARD B. ROPER
UNITED STATES ATTORNEY

*C. Richard Baker*

C. RICHARD BAKER
Assistant United States Attorney
Texas State Bar No.01565500
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7562
Facsimile:    806.472.7394
E-mail:       richard.baker@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 1 6 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

THE UNITED STATES OF AMERICA

V.

# 5-08CR0032-C

SHANE POWERS

## INDICTMENT

18 U.S.C. § 876(c)
Mailing Threatening Communications
(4 Counts)

18 U.S.C. § 871
Threats Against the President
(4 Counts)

18 U.S.C. § 844(e)
Threat to Kill, Injure, Intimidate, or Damage or Destroy By Fire
(4 Counts)

A true bill rendered:

Lubbock     _(signature)_     FOREPERSON

Filed in open court this 16th day of April, A.D. 2008

Clerk

WARRANT TO ISSUE

_(signature)_

UNITED STATES MAGISTRATE JUDGE

Indictment - Page 16

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes   X No          New Defendant: X Yes   ☐ No

Pending CR Case in NDTX: ☐ Yes   ☐ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number_____

1. **Defendant Information**

Juvenile:   ☐ Yes   X No

If Yes, Matter to be sealed:

☐ Yes   ☐ No

Defendant Name _____ Shane Powers _____

Alias Names _____ Muhammad Shaka ;Kid-Loco _____

Address _____

_____

County in which offense was committed:

**5-08CR0032-C**

2. **U.S. Attorney Information**

AUSA ___ C. Richard Baker ___          Bar # ___ 01565500 _____

3. **Interpreter**

☐ Yes   X No     If Yes, list language and/or dialect: _____

4. **Location Status - Warrant to be issued**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

X Already in State Custody

☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: ___ 12 ___   ☐ Petty   ☐ Misdemeanor   X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 876 | Mailing Threatening Communications | 4 |
| 18 USC 871 | Threat Against the President | 4 |
| 18 USC 844(a) | Threat to Kill, Injure, Intimidate, or Damage or Destroy by Fire | 4 |

Date _____   Signature of AUSA: *C. Richard Baker*

**District Court Case Number** (To be filled in by deputy clerk): _____